LYONS & FLOOD, LLP
Attorneys for Defendants
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VIGILANT INSURANCE COMPANY,

                                Plaintiff,

                - against -

M/V "CCNI CARTAGENA", her engines,
tackle, boilers, etc.; CCNI; et al.,

                               Defendants.
------------------------------------------------------------------------X

**ECF CASE**

07 CV 5910 (NRB)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant COMPANIA CHILENA de NAVEGACION INTEROCEANICA S.A. d/b/a "CCNI," certifies upon information and belief that said defendants are not publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of the defendants which are otherwise publicly held in the United States.

Dated: New York, New York
         August 22, 2007

                                      LYONS & FLOOD, LLP
                                      Attorneys for Defendants
                                      M/V "CCNI CARTAGENA", her engines,
                                      tackle, boilers, etc.; CCNI; et al.

                                      By: _____
                                           Edward P. Flood (EPF-5797)
                                           65 West 36th Street, 7th Floor
                                           New York, New York 10018
                                           (212) 594-2400