

**LAW OFFICES**
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

TELEFAX: (212)805-7927

December 4, 2007

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Vigilant Insurance Company
      v. M/V "CCNI CARTAGENA", et al.
      07 Civ. 5910 (NRB)
      Our File: 7C-1434

Dear Judge Buchwald:

  I represent the plaintiff in this admiralty action which involves a claim for damage to a shipment of wine. At the initial conference Your Honor directed counsel to engage in document exchange during a thirty-day period and thereafter proceed with depositions. Plaintiff requires additional time for the document production. I have discussed this with Mr. Flood and he has no objection to a forty-five day extension of the period for document exchange. I respectfully request that the document exchange deadline be extended to and including January 16, 2008 and that depositions proceed during the ensuing forty-five day period. The Court's attention is appreciated.

            Respectfully,

            David L. Mazaroli
            dlm@mazarolilaw.com

cc: Lyons & Flood, LLP
   Attn.: Edward P. Flood, Esq. (Ref: 2541005)
   (Via e-mail: eflood@lyons-flood.com)

*[Handwritten annotation in margin: "So Ordered. /s/ Naomi Reice Buchwald 12/5/07"]*