David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VIGILANT INSURANCE COMPANY

          Plaintiff,

    - against -

M/V "CCNI CARTAGENA", her engines,
tackle, boilers, etc.; CCNI; COMPANIA
CHILENA DE NAVEGACION
INTEROCEANICA S.A;

          Defendants.
-----------------------------------------------------------x

07 Civ. 5910 (NRB)

**STIPULATION & ORDER OF DISCONTINUANCE**

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (l)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       February 19, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Returned to chambers for scanning on 2/21/08 MR

07 Civ. 5910 (NRB)
Stipulation & Order
of Discontinuance
Page 3

LAW OFFICES,
DAVID L. MAZAROLI

_____
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 7C-1434

Lyons & Flood, LLP
Attorneys for Defendants
CCNI; COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA S.A.

By: _____
Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018
Tel.: (212)594-2400

SO ORDERED:

_____
U.S.D.J.